JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY CLISBEE et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES et al., <br><br> Defendants. | Case No. 2:23-cv-07844-SB-RAO <br><br> ORDER GRANTING VOLUNTARY DISMISSAL [DKT. NO. 15] |

Kimberly Clisbee, the only Plaintiff who has appeared in this case, has now filed a request to "voluntarily withdraw this case from Federal court" and pursue her claims elsewhere. Dkt. No. 15. No Defendant has answered or moved for summary judgment, so Plaintiff is entitled to voluntarily dismiss her claims without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, Plaintiff's claims are dismissed without prejudice to her reurging her claims in another court. This case is now closed.

IT IS SO ORDERED.

Date: October 13, 2023

Stanley Blumenfeld, Jr.
United States District Judge